Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255   FEB '24 08:43 USDC-ORP
(Rev. 7/17)                                                                                                         Page 2 of 13

MOTION UNDER 28 U.S.C. § 2255

TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Oregon | |
|---|---|---|
| Name *(under which you were convicted)*: <br> Gerardo Luna Benitez | | Docket or Case No.: <br> C081907CR |
| Place of Confinement: <br> WASHINGTON COUNTY | Prisoner (SID) No.: <br> 8453756 | |
| UNITED STATES OF AMERICA <br> V. | Movant *(include name under which convicted)* <br> Gerardo Luna Benitez | |

**MOTION**

3:24-cv-362 JE

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    WASHINGTON COUNTY Court Hillsboro OR.

    (b) Criminal docket or case number (if known): C-081907 CR

2.  (a) Date of the judgment of conviction (if known): 5-20-2008

    (b) Date of sentencing: November 2008

3.  Length of sentence: 90 Years

4.  Nature of crime (all counts): COUNT -

    1 Rape in First Degree - 100 mnts

    2 Sodomy in First Degree - 100 mnts

    3 Assault in Second Degree  40 mnts.

5.  (a) What was your plea? (Check one)

    (1) Not Guilty [X]     (2) Guilty [ ]     (3) Nolo Contendere (No Contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge Only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [X]

8.  Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)

9. If you did appeal, answer the following:

   (a) Name of court: _Direct Appel_

   (b) Docket or case number (if known): _A 142225_

   (c) Result: _APPIRMED WiTHOUT OPINION_

   (d) Date of result (if known): _JUNE 28 2011_

   (e) Citation to the case (if known): _244 ORE APP 455_

   (f) Grounds raised: _Violation of Constitutional Rights NON UNANIMOUS_
   _1- trial counsel Rendered INEFFECTIVE ACS- A= Failed to Offer_
   _Evidence, challenging the victim, Caracter OF the truthFulness_
   _2= Cross Examination the Victim about her Motive to die_
   _to Aboid Deportation, 3= Present Certain MitiGation (3) Testimony_
   _At Sentencing. also Aboid her Motive Go to Prision for_
   _DPS. •_

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes [X]    No [ ]

   If "Yes," answer the following:

   (1) Docket or case number (if known): _S 059664_

   (2) Result: _Petition For Review denied_

   (3) Date of result (if known): _Oct. 20 2011_

   (4) Citation to the case (if known): _351 ORE 254_

   (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes [X]    No [ ]

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _US Dist Court OF Oregon_

        (2) Docket or case number (if known): _2:15-CV-02361-PK_

        (3) Date of filing (if known): _June 13 2018_

        (4) Nature of the proceeding: _Habeas Corpus_

        (5) Grounds raised: _Ineffective Assistance by trial counsel_
        _Jury trial Non unanimous_

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                    Page 4 of 13

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes [ ]    No [ ]

(7) Result:  Grounds Denied

(8) Date of result (if known):  June 13 2011

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if known): _____

(3) Date of filing (if known): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes [ ]    No [X]

(7) Result: _____

(8) Date of result (if known): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:     Yes [ ]    No [X]

(2) Second petition:    Yes [ ]    No [X]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Sent back to County on Watkins\Ackley Non unanimous
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                            Page 5 of 13

**GROUND ONE:** Ineffective assistance by trial counsel AND objection call out
_____

    (a) Supporting facts for Ground One: (Do not argue or cite law; only state the specific facts that support your claim.)

1 - offer testimony challenging victims character for truthfulness
2 - Motive to lie\ Avoid deportation - PP supervision condicional
3 - testimony at Sentencing
4 - NON UNANIMUS
_____
_____
_____
_____
_____
_____

    (b) **Direct Appeal of Ground One:**

      (1)  If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☒    No ☐

      (2)  If you did not raise this issue in your direct appeal, explain why: _____
_____

    (c) **Post-Conviction Proceedings:**

      (1)  Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☒    No ☐

      (2)  If your answer to Question (c)(1) is "Yes," give the following information:

      Type of motion or petition:

      Name and location of the court where the motion or petition was filed:
_____

      Docket or case number (if known): 357 P 3d 531
      Date of the court's decision: July 8 2015
      Result (attach a copy of the court's opinion or order, if available):

      Denied

      (3)  Did you receive a hearing on your motion, petition, or application?

          Yes ☐    No ☒

      (4)  Did you appeal from the denial of your motion, petition, or application?

          Yes ☒    No ☐

      (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☒    No ☐

District of Oregon Case 3:24-cv-00362-JE    Document 1    Filed 02/26/24    Page 5 of 26
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                Page 6 of 13

(6)  If your answer to Question (c)(4) is "Yes:"

Name and location of the court where the appeal was filed:

Habeas Courpus

Docket or case number (if known):     2:15-cv-02361-PK

Date of the court's decision:     June 13 2018

Result (attach a copy of the court's opinion or order, if available):

Denied

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  Jury Trial Non Unanimous Verdicts

(a)  Supporting facts for Ground Two: (Do not argue or cite law; only state the specific facts that support your claim.)

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒      No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒      No ☐

Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                    Page 7 of 13

(2)   If your answer to Question (c)(1) is "Yes:"

Type of motion or petition:  PCR

Name and location of the court where the motion or petition was filed:

Same as Ground One

Docket or case number (if known):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3)   Did you receive a hearing on your motion, petition, or application?

      Yes [×]     No [ ]

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes [×]     No [ ]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes [×]     No [ ]

(6)   If your answer to Question (c)(4) is "Yes:"

Name and location of the court where the appeal was filed:

Same as Ground One

Docket or case number (if known):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND THREE:**  N/A

(a)  Supporting facts for Ground Three: (Do not argue or cite law; only state the specific facts that support your claim.)

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                          Page 8 of 13

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

**(c) Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2)  If your answer to Question (c)(1) is "Yes:"

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

_____

    Docket or case number (if known): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes:"

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if known): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                              Page 9 of 13

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

**GROUND FOUR:** _____

(a) Supporting facts for Ground Four: (Do not argue or cite law; only state the specific facts that support your claim.)

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2) If your answer to Question (c)(1) is "Yes:"

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if known): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

District of Oregon
Case 3:24-cv-00362-JE    Document 1    Filed 02/26/24    Page 9 of 26
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                 Page 10 of 13

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes:"

    Name and location of the court where the appeal was filed:

    Docket or case number (if known):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, state which ground or grounds have not been presented, and your reasons for not presenting them:

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? ☐ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                              Page 11 of 13

15. Give the name and address, if known, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

HOUSBY CONOR.

(c) At the trial:

(d) At sentencing:

(e) On appeal:

RObIN A JONES

(f) In any post-conviction proceeding:

Rankin Johnson IV

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court
and at the same time?     Yes [X]      No [  ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?     Yes [  ]     No [X]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:     N/A

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
sentence to be served in the future?     Yes [  ]     No [  ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must
explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Did not Know; case sent back to circuit court on Watkins Ackley
non unanimous

Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                    Page 12 of 13

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

District of Oregon
Corresponds to AO 243
Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Under 28 U.S.C. § 2255
(Rev. 7/17)                                                                                                    Page 13 of 13

Therefore, movant asks that the Court grant the following relief: _Case to be dismissed_
_for Violation of Due Process and Constitutional Rights violations_

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ___2-24-24___
                                                                       (month, date, year)

Executed (signed) on _Gerardo Luna Benitez_ (date) _2-25-24_

_Gerardo Luna Benitez_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____

ON February 28, 2024 - I have Resentencing on
TWO CASES
NON-UNANIMOUS For Ramos-Watkins| Actley
# C081907CR - C130766CR
on two cases I am currently still Appealling in the
federal System For Constitutional violations Regarding the
Six and Fourtheen Amendments
(a). trial counsel Rendered ineffective Assistence when
he Failed to offer evidence challenging the victim's
character For truthfulness
(b) Cross examine the victim's about her motive to lie to
avoid deportation
(c) Accepted testimony pertaining to FNP and
(d) failed to present mitigation (5) testimony at
Sentencing
(E) Failed to offer evidence to challeng the alleget
victim's failure to allow mother's testimony and
trial Attorney Allowing previous bat Acts on felony
Convictions... I am ask to apply the knowles V. Mirzayane-
556-US.III  Even though I am being Resentence on 2-28-24
I wish to countinue my Habers For my Counstitutional
violations... 6th and 14th Amendments.
I ask the court For new trial... And we Ready...
the First Judge. Oscar Garcia -we have Conflict of
interest - Second - Judge. Andrew Erwin he Acced For
at new trial For the dated 3-1-5 March but at week
I have Another Court, we at Diferent Judge.
Erik M. Buchana, Cancceled My trial and Getting
Recentencing. I am Communication this Process.

Geardo Luna Reaiter

1. Gagnon V. Scarpelli, 411 U.S. 778, 93 S.Ct. 1756, 36 LEd. 2d 656 (1973).

2. Evitts V. Lucey, 469 U.S. 387, 105 S.Ct. 830, 83 LEd.2d 821 (1985).

under a liberty interest, affected by the particular proceeding, of sufficient significance to merit Due process protection." to demonstrate that [his] conviction, with it's consequent drastic loss of liberty, is unlawful." in Gagnon found the loss of liberty resulting from parole, probation sanction or revocation is a "serious deprivation" of liberty requiring the protection of due process.

A). § 14.17 Ninth Circuit Criminal Hand Book 18 U.S.C. § 3561 (a). under the sentencing reform Act of 1984, probation is itself a sentence, rather than simply a suspension of the imposition or execution of a sentence united State's V. Mueller, 463 F.3d 887, 889 (9th Cir. 2006).

under the "fourteenth Amendment's" "due process" clause, is the protection sought for the indigent-

- petitioner, needs a lawyer to
obtain  a fair trial, Powell v.
- Alabama, (1932). see also Johnson v.
Zerbst, (1938).

a Conclusive presumption
of Bias should follow from
Certain aspects of the non-
factual evidence, stated hear-
say or manipulated testimony
from accosted witnesses,.
this alone Deserves a higher
Contention that is Drawn from
a Conclusive Higher standard
of proof to atain a Conviction,
for the loss of life and liberty.

B) §1.5 (C). sources of State law,
Both "prosecutors" and "defense
attorney's" will Be Subject to a
Code of ethics adopted by the
Particular jurisdiction in Regulating
the "legal profession," and the
judiciary will Be Subject to a
similar Code applicable to Judges.
A.B.A-the model Code of Professional
Responsibility (1969) and The model

2

Rules of Professional Conduct (1983).
A.B.A. Code of Judicial Conduct (1972).
as well as "Federal Constitutional
Provisions" that relate to Criminal
Procedure.

C) § 1.6(a). Discovery of the truth.
   is a "essential goal" of the
   Criminal Justice process. used
   to avoid the "mistaken imposition"
   "of Punishment." Effective discovery
   of truth with due dilligence
   to ensure reliability in adjudication.
   such as "fact finding" and
   "evidentiary Rules," discovering
(1) the truth is the major goal of
   the Criminal Justice Process.
(2) "Violations" of one's Character
   and of one's "Rights" demonstrate
   other goals that Clearly disregard
   "the truth." shown to Be truth-
   -deflecting, as "Respecting" the
(3) Value of "human dignity",
      Legal standards seeking to
   further these truth-deflecting goals
   render the adjudicatory process
   unreliable thus (usually detracting

3



(4) from its Capacity to ensure the Conviction of the guilty rather than its Capacity to ensure the acquittal of the innocent). Violating the appropriate scope of various legal rights granted to the defendant.

D)§ 1.6(b) Adjudication, trial By Judge, (as to legal issues); Each party is to present the facts, except when The Violation's of rights discriminate largely against the defendant and it turns into a "Inquisition" shifting the Burden of proof to the Defendant and forces Him to establish his innocence.

(1) the Primary responsibility for development of all relevant facts lies first with a "Magistrate" and then the "trial Judge"

(2) not Committing to a Decision until the evidence is fully explored.

(3) not equal in ability, prosecution has a non-exhaustive Amount of resources and Power.

(4) as the System is seen in prosecution to Be superior, the focus of effort

4.

should be on ensuring that the
Defense has the tools necessary
to produce the "truth," and not
seeking to win the case without
the truth."

(5) the prosecutor is to seek Justice,
not merely to convict.

(6) "The accusatorial procedure,"
requires the "government," to bear
the Burden of establishing the
guilt of the accused. rather
than the accused to bear the
Burden of establishing his innocence.
and it, as the supreme court
has noted must shoulder the whole
load in it's entirety" the Prosecution
must produce "sufficient evidence"
To Convince the trier of fact of
the accused's guilt, and it must

(7) do so by "evidence" "independently"
and freely secured," without
compelling the accused to,
assist in this prosecution's
Responsibility.

Murphy V. Waterfront Commission, (1964).
378 U.S. 52, 84 S.Ct. 1594, 12 L.Ed.
2d 678 (1964). Tehan v. United States

5

ex rel. Shott, 382 U.S. 406, 86
S.Ct. 459, 15 L.Ed. 2d 453 (1966).

E) § 1.5 (q) Varied Sources upholding
the law, in governing a particular
procedure is the federal Constitution.
(1) Under Article VI, the mandates of
the federal Constitution are the
"Supreme Law of the Land"
and prevail over any Contrary State law.
Article VI bars a State from Authorizing
a practice Prohibited by the federal
Constitution. (2) the State Constitution,
(3) State Statutes, (4) State Court Rules,
the supreme Court has "supervisory
authority over the administration
of Criminal Justice," seen in
McNabb V. United States, 318 U.S. 332,
63 S.Ct. 608, 87 L.Ed. 819 (1943).
Leading Supreme Court decisions governing
the Scope of that authority include
McNabb V. United States (§6.3 at note 1);
Mallory V. United States (§6.3 at note 3);
United States V. Payner,
United States V. Hasting
also see Thomas V. Arn, 474 U.S. 140, 106
S.Ct. 466, 89 L.Ed. 2d 435 (1985)

"Fourth Amendment"
"Violation of incarceration of a
"irreparable nature" Demands
Justifiable Remedies, when made
of an erroneous Conviction."
     So When the Charges are
Stated in the indictment and
the facts are to Be evident,
when the prosecution carries the
Burden and produces a case
to lack evidence, to support
the allegations, But also fails
in it's Case-in-Chief to establish,
a "prima facie" Case for Conviction
and still defendant is Convicted
By likes - and dislikes of the Judge,
where is the Justice.
Should not the defense be "entitled"
to a "directed" "acquittal" without
the necessity of ever producing
it's own evidence. Where is the
"presumption of innocence,"
to Judge an accuseds guilt or
innocence solely on the evidence
adduced at trial and not on the
basis of suspicion's that may
arise from the fact of His arrest,
indictment, or Custody.

7

(fifth Amendment,)
finally, the privilege against
self-incrimination serves that
prong of the accusatory process
that forces the government not
only to establish its case, but
to do so by its own resources.
(1) It "prohibits" the state "from easing"
its "Burden of Proof" by simply
(2) Calling the defendant as its witness
and forcing him to make the
Prosecution's case.
(F). § 1.6(d)
       the likelihood of erroneous
Conviction is an important
(1) "independent goal" of the "process".
it should be the goal of the highest
priority. Conflict exists between
(2) protecting the innocent and
other goals, the supreme Court
(3) stated "the basic purpose of trial
is the determination of the truth,"
"serious Questions [are raised] about
the accuracy of guilty verdicts."
as in TeHan V. United States ex rel.
Shott, supra note 10; Williams V. United
States, 401 U.S. 646, 91 S.Ct. 1148,
28 L. Ed. 2d 388 (1971).

8

(4) there are two sets of legal Standards that minimize the risk of "erroneous conviction"

§(1.) the defendant is given the "Special benefit" of a "Constitutional Right" to a "speedy trial," In re Winship, 397 U.S. 358, 90 SCt. 1068, 25 L.Ed. 2d 368 (1970).

§(2.) Requirements relating to the Burden of proof, in accordance with the high evidentiary Standard of establishing guilt Beyond a reasonable doubt. "Due Process" "fifth Amendment's Clause," ensured to the states under the "Fourteenth Amendment" the "Equal protection Clause" as seen in Ex parte Virginia, 100 U.S. (10 Otto) 359, 25 L.Ed. 676 (1880). [Wich is] denied when a grand jury indicts without sufficiency of the evidence.

G) §1.6 (e).
   a person Charged with a Crime suffer's substantial Burdens.
(1) a dark shadow of Doubt on a person's Reputation, not easily erased.

9

Public scrutiny places a even heavier Burden, that cannot be remedied by any verdict of acquittal or vindication.

(2) the costs suffered in the gaining of the verdict, The encarceration period awaiting trial builds psychological trauma, of anxieties, and insecurities, and disruption of the flow of Defendants "life"

(3) the expense and ordeal of the litigation process itself.

and even then with these substantial Burdens, the Criminal Justice process is not concerned with the protection of the innocent and cannot limit

(4) itself to avoiding "erroneous convictions," although a defendant should be protected against the illegal "oppression" of "wrongful encarceration" and demands that accusations be supported by sufficient legally obtained evidence.

10

"Fourth Amendment"
Violation of Due Process.

So comes into view the various
screening procedures of the
Criminal Justice process,
(1) from arrest, to accusations, to probable-
 cause, not to mention "ex parte"
(2) screening by Magistrate, warrant
wich is suppose to Be Done before
arrest, preliminary Hearing,
the adversary screening, and
(3) the grand Jury for indictment,
 and all led by the Prosecuter,
 "with No one to object."

Violation { what happened to all the Constitutional
Rights that the officers of the Court,
are suppose to know, where is
the Righteousness of Justice.
(4)        Protection against overreach-
 of government, and grand Jury is
Being guided By the Prosecuter,
 of "Exculpatory evidence," wich
would prevent an obvious Violation,
wich would result in a proper
decision of Justice, but not
a Miscarriage of Justice,
where is the protection of the
Bill of rights., ˢᵉᵉ Johnson v. Zerbst,
See eg, Bram v. United States, Weeks v. United States,
11.

It's understandable to a degree
why one must suffer under the
power of the State, (1)be it, uneducated.
(2) Be it, a minority. (3)be it, the lack
of Respect for human dignity.
(4) Be it, a high power Resentment
of a person's heritage, Race, or
Color, (5) Be it, Poverty.
the list is long, and Very, very,
very, extensive. and all of the
above are sacrificed not to
undermine the Safety of the State
itself, but to ensure a conviction
By the State and or government whom
(quote, Justice frankfurter) "misuse the
machinery, of Criminal Justice"
also noted "May undermine the safety
of the State"
   Pennekamp V. florida, 328 U.S. 331,
66 S.Ct. 1029, 90 L.Ed. 1295 (1946)
(concurring opinion). see also
Jackson, J., dissenting in Shaughnessy v.-
-United States ex rel. Mezei, 345 U.S. 206,
73 S.Ct. 625, 97 L.Ed. 956 (1953):
Due process of law, "the fourth Amendment"
prohebition against unreasonable
searches and seizures guarantees

12.

Respect for the Privacy of the
individual, as well as Human dignity,
autonomy, freedom from humiliation
and abuse.
All persons in a democratic society,
including Criminals, are
entitled to their Personal dignity.
And lack there of "Respect" falls
into the Criminal Process as well
as other aspects of government
Regulation. As a society we should
Be able to depend on Justice
"equal Justice under law"
and to be treated evenhanded
and treated alike, in a proper
measure under the Constitution
of the United States of America;
Guaranteed and Protected by the
provision of "the fourteenth Amendment,"
"equal protection clause"
the Supreme Court, in Murphy V.-
Waterfront Commission, 378 U.S. 52, 84
S.Ct. 1594, 12 L.Ed. 2d 678 (1964);

Gerardo Luna Renitez

13