IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERARDO LUNA BENITEZ,

    Petitioner,

v.

WASHINGTON COUNTY,

    Respondent.

Case No. 3:24-cv-00362-JE

JUDGMENT

HERNANDEZ, District Judge.

Because Petitioner has not maintained an accurate address with this Court and the failure has continued for more than 60 days, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice, pursuant to Local Rule 83-12. Due to the procedural nature of this dismissal, the Court declines to issue a Certificate of Appealability. Pending motions, if any, are DENIED AS MOOT.

  June 7, 2024
      DATE

        Marco A. Hernandez
        United States District Judge

1 - JUDGMENT